IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA, | | CRIMINAL CASE NUMBER: |
|---|---|---|
| v. | | 1:22-CR-00324-JPB-JSA |
| JOKAVE LEONE HARRIS, | | |

## REPORT AND RECOMMENDATION

The Defendant has filed a Motion to Suppress Statements [45] and a Motion to Suppress Evidence [47]. In pretrial conferences in this case on August 10, 2023 and September 1, 2023, the Government stated that a search warrant was obtained to authorize the search challenged in the Motion to Suppress Evidence. After the warrant was disclosed to the defense, defense counsel now concedes that there is no basis to proceed with the Motion, and it is therefore **RECOMMENDED** that the Motion [47] be **DENIED**.

As for the Motion to Suppress Statements, the Government has certified on the record in the pretrial conferences that it will not use any statements by the Defendant in its case-in-chief. Thus, it is **RECOMMENDED** that the Motion [45] be **DENIED as moot**.

CONCLUSION

The Motions to Suppress [45][47] should be **DENIED** as explained above.

This matter is **READY FOR TRIAL**.

IT IS SO **RECOMMENDED** this 7th day of September, 2023.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE